**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02346-REB-MEH

MAPLEBEAR, INC., a Delaware corporation,

    Plaintiff,

v.

INSTAMART FULFILLMENT, LLC, a Colorado limited liability company, and
INSTAMART IP, LLC, a Wyoming limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)** [#17][1] filed October 6, 2014.  After reviewing the stipulation and the record, I have concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)** [#17] filed October 6, 2014, is **APPROVED**; and

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 7, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge